**The below described is SIGNED.**

(ts)

**Dated: December 12, 2012**

*William J. Thurman*
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**



_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-36492 WTT |
| JARED V JOHNSON ) | Chapter 7 |
| ) | |
| ) | |
| Debtor(s). ) | |
| ) | |

**ORDER ALLOWING TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; ORDER ALLOWING PROFESSIONAL FEES**

The Trustee having filed a Final Report and Application for Compensation which has been reviewed by the United States Trustee, and the Court having specifically found that Notice of the Trustee's Final Report and Account before Distribution having been properly circulated to all creditors and parties in interest entitled to notice and finding that no objections having been filed with the Court, and the Court having considered the Trustee's Final Report and Application for Compensation, as well as all applications for final compensation of professionals, pursuant to §330, therefore

IT IS HEREBY ORDERED that the Trustee's Application for Compensation and Reimbursement of Expenses is allowed in the amount of $940.06 for trustee's fees and $35.00 as reimbursement of expenses.

-----------------------------------END OF ORDER-----------------------------------

**CLERK'S CERTIFICATE OF MAILING:**

This is to certify that on this _____ day of _____, 20___, a true and correct copy of the foregoing Order was served either electronically or by first class mail, post prepaid, upon the following:

J. Kevin Bird
BIRD & FUGAL
384 E. 720 S., #201
Orem, UT 84058

_____
Deputy Clerk