J. Kevin Bird, Trustee
384 East 720 South, Suite 201
Orem, UT  84058
(801) 426-4700

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| JOHNSON, JARED V | § § § | Case No. 11-36492 WTT |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

J. KEVIN BIRD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on           . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/J. KEVIN BIRD_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DANIELLE JOHNSON |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America BAC Home Loans Servicing, LP P. O. Box 650070 Dallas, TX 75265 | | | | | |
| | CAT Financial 2120 W. End Ave PO Box 340001 | | | | | |
| | Mountain America Credit Union Collections Department P.O. Box 9001 West Jordan, UT 84084-9001 | | | | | |
| | Mountain America Credit Union Collections Department P.O. Box 9001 West Jordan, UT 84084-9001 | | | | | |
| | Mountain America Credit Union Collections Department P.O. Box 9001 West Jordan, UT 84084-9001 | | | | | |
| | Vericrest Financial 715 Metropolitan Ave. PO Box 24610 Oklahoma City, OK 73018 | | | | | |
| | Zions Bank 155 W. Main Street Salina, UT 84654 | | | | | |
| 8 | UTAH DEPARTMENT OF WORKFORCE SERVIC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| J. KEVIN BIRD | | | | | |
| J. KEVIN BIRD | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service/Utah Special Procedures, Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111 | | | | | |
| | Utah Labor Comission 160 East 300 South, 3rd Floor P. O. Box 146610 Salt Lake City, UT 84114 | | | | | |
| | Utah State Tax Commission Attn Legal Processes Unit 210 North 1950 West Salt Lake City, UT 84134 | | | | | |
| | Utah State Tax Commission Attn Legal Processes Unit 210 North 1950 West Salt Lake City, UT 84134 | | | | | |
| 5 | DISTRICT DIRECTOR, IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brown Brothers Construction 90 N. 200 E. Loa, UT 84747 | | | | | |
| | CAT Financial 2120 W. End Ave PO Box 340001 | | | | | |
| | Daniel O. Duffin DUFFIN & ASSOCIATES, P.C. 311 South State, Suite 380 Salt Lake City, UT 84111 | | | | | |
| | Desert Rock Products PO Box 223 Delta, UT 84624 | | | | | |
| | Dexone PO Box 79167 Phoenix, AZ 85062 | | | | | |
| | G. Scott Jensen, Esq. JENSEN & SULLIVAN, LLC P. O. Box 150612 Ogden, UT 84415 | | | | | |
| | LDS Church c/o James E. Ellsworth, Esq. 60 E South Temple, Suite 1800 Salt Lake City, UT 84111-1032 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McCarthy Burgess & Wolf 26000 Cannon Road Cleveland, OH 44146 | | | | | |
| | Mountain America Credit Union Collections Department P.O. Box 9001 West Jordan, UT 84084-9001 | | | | | |
| | Mountain America Credit Union Collections Department P.O. Box 9001 West Jordan, UT 84084-9001 | | | | | |
| | Mountain Land Collections, Inc. P.O. Box 1280 American Fork, UT 84003 | | | | | |
| | Richfield Block Co. 1595 So. Airport Rd. Richfield, UT 84701 | | | | | |
| | Sprinkler Supply Company 7878 So. 1410 W. West Jordan, UT 84088 | | | | | |
| | Star Nursery 125 Cassia Way Henderson, NV 89014 | | | | | |
| | Transworld Systems P. O. Box 4903 Trenton, NJ 08650 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trees Northwest P. O. Box 415 Eagle Creek, OR 97002 | | | | | |
| | Wells Fargo Bank P.O. Box 54349 Los Angeles, CA 90054 | | | | | |
| | Westroc Inc. 670 W. 220 So. Pleasant Grove, UT 84062 | | | | | |
| | Ziplocal PO Box 2277 Orem, UT 84059 | | | | | |
| 3 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 7 | CNH CAPITAL AMERICA LLC | | | | | |
| 6 | MARK E. MEDCALF #5404 | | | | | |
| 4 | NEPHI SANDSTONE | | | | | |
| 2 | RAINBOW ROCK | | | | | |
| 1 | WILLOWOOD TURF | | | | | |
| 9 | ZIONS FIRST NATIONAL BANK | | | | | |
| | CLERK, US BANKRUPTCY COURT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-36492 | WTT | Judge: WILLIAM T. THURMAN | Trustee Name: | J. KEVIN BIRD |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, JARED V | | | Date Filed (f) or Converted (c): | 11/17/11 (f) |
| | | | | 341(a) Meeting Date: | 01/11/12 |
| For Period Ending: | 04/08/13 | | | Claims Bar Date: | 06/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2011 FEDERAL TAX REFUND (u) | 6,888.00 | 6,061.44 | | 6,156.83 | FA |
| PRORATED TO DATE OF FILING AND DIVIDED WITH NON-FILING SPOUSE | | | | | |
| 2. 2011 STATE TAX REFUND (u) | 1,662.77 | 2,065.00 | | 731.17 | FA |
| 3. FUNDS ON DEPOSIT | 38.02 | 38.02 | | 0.00 | FA |
| 4. RECEIVABLE CORP OF PRES (u) | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.23 | Unknown |
| 6. RESIDENCE | 250,000.00 | 8,949.00 | | 0.00 | FA |
| 7. HOUSEHOLD FURNITURE | 2,195.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RING & MISC. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 10. SPORT, FISHING, CAMPING & PHOTOGRAPHIC EQUIPMENT | 200.00 | 200.00 | | 0.00 | FA |
| 11. HUNTFORD TERM LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 12. DESIGNER LANDSCAPING AND KURB, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2009 DODGE TRUCK | 32,000.00 | 0.00 | | 0.00 | FA |
| 14. 1998 FORD F350 | 750.00 | 0.00 | | 0.00 | FA |
| 15. 1968 FORD MUSTANG | 300.00 | 300.00 | | 0.00 | FA |
| 16. 2007 YAMAHA 450 MOTORCYCLE | 3,000.00 | 0.00 | | 0.00 | FA |
| 17. 2002 KIT TRAILER | 10,000.00 | 0.00 | | 0.00 | FA |
| 18. METAL FILES | 15.00 | 0.00 | | 0.00 | FA |
| 19. BUSINESS EQUIPMENT | 3,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $316,848.79 $23,613.46 $6,888.23 $0.00

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-36492   WTT   Judge: WILLIAM T. THURMAN | Trustee Name: J. KEVIN BIRD |
| Case Name: | JOHNSON, JARED V | Date Filed (f) or Converted (c): 11/17/11 (f) |
| | | 341(a) Meeting Date: 01/11/12 |
| | | Claims Bar Date: 06/20/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL REPORT FILED

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-36492 -WTT | | | Trustee Name: | J. KEVIN BIRD | |
| Case Name: | JOHNSON, JARED V | | | Bank Name: | UNION BANK | |
| | | | | Account Number / CD #: | *******8502 Checking - Non Interest | |
| Taxpayer ID No: | *******0455 | | | | | |
| For Period Ending: | 04/08/13 | | | Blanket Bond (per case limit): | $ 84,384,262.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/15/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 3,730.99 | | 3,730.99 |
| 12/31/12 | 010001 | J. KEVIN BIRD<br>384 EAST 720 SOUTH, SUITE 201<br>OREM, UT 84058 | Chapter 7 Compensation/Fees | 2100-000 | | 940.06 | 2,790.93 |
| 12/31/12 | 010002 | J. KEVIN BIRD<br>384 EAST 720 SOUTH, SUITE 201<br>OREM, UT 84058 | Chapter 7 Expenses | 2200-000 | | 35.00 | 2,755.93 |
| 12/31/12 | 010003 | District Director, IRS<br>Attn: Insolvancy Unit-7<br>50 South 200 East, Mail Stop 5021<br>Salt Lake City, UT 84111 | Claim 5, Payment 100.00000% | 5800-000 | | 2,097.26 | 658.67 |
| 12/31/12 | 010004 | Willowood Turf<br>1505 N. 2070 E.<br>Richfield, UT 84701 | Claim 1, Payment 0.11799% | 7100-000 | | 21.47 | 637.20 |
| * 12/31/12 | 010005 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Claim 2, Payment 0.11787%<br>Rainbow Rock<br>2222 W. Cheyenne<br>North Las Vegas, NV 89032 | 7100-003 | | 3.46 | 633.74 |
| * 12/31/12 | 010006 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Claim 3, Payment 0.11755%<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 7100-003 | | 1.26 | 632.48 |
| 12/31/12 | 010007 | Nephi Sandstone<br>P.O. Box 137<br>Nephi, UT 84648 | Claim 4, Payment 0.11804% | 7100-000 | | 7.72 | 624.76 |
| * 12/31/12 | 010008 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Claim 6, Payment 0.11803%<br>Mark E. Medcalf #5404<br>Assistant Utah Attorney General<br>160 East 300 South, Fifth Floor | 7100-003 | | 1.55 | 623.21 |
| | | | Page Subtotals | | 3,730.99 | 3,107.78 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 11-36492 -WTT | Trustee Name: | J. KEVIN BIRD |
|---|---|---|---|
| Case Name: | JOHNSON, JARED V | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8502  Checking - Non Interest |
| Taxpayer ID No: | *******0455 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 84,384,262.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/31/12 | 010009 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Box 140857<br>Salt Lake City, UT 84114-0857<br>Claim 7, Payment 0.11805% | 7100-003 | | 4.17 | 619.04 |
| 12/31/12 | 010010 | Zions First National Bank<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130 | CNH Capital America LLC<br>P.O. Box 3600<br>Lancaster, PA 17604<br>Claim 9, Payment 0.11797% | 7100-000 | | 41.29 | 577.75 |
| 12/31/12 | 010011 | Utah Department of Workforce Services<br>PO Box 45288<br>Salt Lake City, UT 84145-0288 | Claim 8, Payment 100.00000%<br>(8-1) Secured by Lien Warrant | 4800-000 | | 577.75 | 0.00 |
| * 01/07/13 | 010005 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Claim 2, Payment 0.11787% | 7100-003 | | -3.46 | 3.46 |
| * 01/07/13 | 010006 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Claim 3, Payment 0.11755% | 7100-003 | | -1.26 | 4.72 |
| * 01/07/13 | 010008 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Claim 6, Payment 0.11803% | 7100-003 | | -1.55 | 6.27 |
| * 01/07/13 | 010009 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | Claim 7, Payment 0.11805% | 7100-003 | | -4.17 | 10.44 |
| 01/07/13 | 010012 | CLERK, US BANKRUPTCY COURT<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | PAYMENT OF FUNDS TO REGISTRY | 7100-001 | | 10.44 | 0.00 |

                                           Page Subtotals     0.00     623.21

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36492 -WTT | Trustee Name: | J. KEVIN BIRD |
|---|---|---|---|
| Case Name: | JOHNSON, JARED V | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8502  Checking - Non Interest |
| Taxpayer ID No: | *******0455 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 84,384,262.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 3,730.99 | 3,730.99 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 3,730.99 | 0.00 | |
| | | Subtotal | | 0.00 | 3,730.99 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 3,730.99 | |

Page Subtotals    0.00    0.00

Ver: 17.01

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-36492 -WTT | Trustee Name: | J. KEVIN BIRD |
|---|---|---|---|
| Case Name: | JOHNSON, JARED V | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9918  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0455 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 84,384,262.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/12 | | INTERNAL REVENUE SERVICE US TREASURY | FEDERAL TAX REFUND | | 6,888.00 | | 6,888.00 |
| | 1, 2 | | Memo Amount: 3,760.00 ESTATES PORTION OF TAX REFUND | 1224-000 | | | |
| | 1 | | Memo Amount: 3,128.00 NON-FILING SPOUSE PORTION OF REFUND | 1280-002 | | | |
| 03/28/12 | 000101 | DANIELLE JOHNSON 712 WEST 400 NORTH SALINA, UT 84654-1010 | NON-FILING SPOUSE PORTION OF REFUND | 8500-002 | | 3,128.00 | 3,760.00 |
| 03/30/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,760.02 |
| 04/30/12 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 3,760.06 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.06 | 3,754.00 |
| 05/31/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,754.03 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.77 | 3,749.26 |
| 06/29/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,749.29 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.46 | 3,744.83 |
| 07/31/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,744.86 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.91 | 3,739.95 |
| 08/31/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,739.98 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.75 | 3,735.23 |
| 09/28/12 | 5 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,735.26 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.29 | 3,730.97 |
| 10/18/12 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,730.99 |
| 10/18/12 | | Transfer to Acct #*******8866 | Final Posting Transfer | 9999-000 | | 3,730.99 | 0.00 |

Page Subtotals     6,888.23     6,888.23

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36492 -WTT | Trustee Name: | J. KEVIN BIRD |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, JARED V | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9918 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0455 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 84,384,262.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | Memo Allocation Receipts: | 6,888.00 | COLUMN TOTALS |  | 6,888.23 | 6,888.23 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's |  | 0.00 | 3,730.99 |  |
|  |  |  | Subtotal |  | 6,888.23 | 3,157.24 |  |
|  | Memo Allocation Net: | 6,888.00 | Less: Payments to Debtors |  |  | 3,128.00 |  |
|  |  |  | Net |  | 6,888.23 | 29.24 |  |

Page Subtotals     0.00     0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36492 -WTT | Trustee Name: | J. KEVIN BIRD |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, JARED V | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8866  Checking - Non Interest |
| Taxpayer ID No: | *******0455 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 84,384,262.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/12 | | Transfer from Acct #*******9918 | Transfer In From MMA Account | 9999-000 | 3,730.99 | | 3,730.99 |
| 11/15/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 3,730.99 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 3,730.99 | 3,730.99 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 3,730.99 | 3,730.99 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 6,888.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - ********8502 | 0.00 | 3,730.99 | 0.00 |
| | | Money Market - Interest Bearing - ********9918 | 6,888.23 | 29.24 | 0.00 |
| Total Memo Allocation Net: | 6,888.00 | Checking - Non Interest - ********8866 | 0.00 | 0.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 6,888.23 | 3,760.23 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  3,730.99  3,730.99

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*